916

No. 75-6640. PRICE *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of a final judgment (28 U. S. C. § 1257).

No. 75-1539. BOARD OF OPTOMETRY OF CALIFORNIA *v.* CALIFORNIA CITIZENS ACTION GROUP ET AL. Appeal from D. C. C. D. Cal. Motion of American Optometric Assn. for leave to file a brief as *amicus curiae* granted. Judgment vacated and case remanded for further consideration in light of *Virginia Board of Pharmacy* v. *Virginia Citizens Consumer Council, Inc.,* 425 U. S. 748 (1976).